# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Lawrence Honesty | : | |
| Debtor | : | Bankruptcy No. 17-10792 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 02/3/2017 and this case is hereby DISMISSED.

March 1, 2017

*Magdeline D. Coleman*
Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents
    Matrix
    Chapter 13 Statement of Current Monthly Income
    Means Test Calculation
    Schedule AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities
    Chapter 13 Plan