United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-10792-mdc
Lawrence Honesty                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR            Page 1 of 1              Date Rcvd: Mar 01, 2017
                            Form ID: pdf900         Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2017.
```
db            +Lawrence Honesty,    7403 Woodbine Avenue,    Philadelphia, Pa 19151-2936
13868171      +JP Morgan Chase Bank,    c/o Matteo S. Weiner Esquire,    KML Law Group P.C.,
                701 Market Street ste 5000,    Philadelphia Pa 19106-1541
13872279      +SANTANDER CONSUMER USA INC.,    P.O. BOX 961275,    FORT WORTH, TX 76161-0275
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Mar 02 2017 02:12:25     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 02 2017 02:11:53      Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 02 2017 02:12:17      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13868347       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 02 2017 02:37:22
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK  73124-8848
                                                                                              TOTAL: 4
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2017 at the address(es) listed below:
```
              MATTEO SAMUEL WEINER    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re    :    Chapter 13

                                                :
Lawrence Honesty                 :

    Debtor    :    Bankruptcy No. 17-10792

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 02/3/2017 and this case is hereby DISMISSED.

March 1, 2017

_____
Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents
    Matrix
    Chapter 13 Statement of Current Monthly Income
    Means Test Calculation
    Schedule AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities
    Chapter 13 Plan